UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                    General Court Number
Clerk of Court                                                                              510-637-3530

February 4, 2019

TO COUNSEL:

RE: PG&E Corporation v. Federal Energy Regulatory Commission - 19-cv-00599-YGR

BANKRUPTCY NUMBER: 19-30088; Adversary Proceeding No. 19-03003-DM

      The motion to withdrawa reference of adversary proceedings which you recently submitted to this office has been assigned the above referenced case number.

      Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

Susan Y. Soong, Clerk

_____
by: Clara Pierce
Case Systems Administrator