Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:  310-407-4000
Facsimile:  310-407-9090
Email:  kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

-and-

Howard Seife (*pro hac vice* pending)
Christy Rivera (*pro hac vice* pending)
Andrew Rosenblatt (*pro hac vice* pending)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:  212-408-5100
Facsimile:  212-541-5369
Email:  howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com

*Attorneys for NextEra Energy, Inc. et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors. | USDC ND CA Case No. 19-cv-00599-HSG <br><br> Adversary Proceeding No. 19-03003-DM <br><br> Chapter 11 Case Nos. 19-30088-DM & 19-30089-DM <br><br> Chapter 11 |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Defendant. | **NOTICE OF ENTRY OF BANKRUPTCY COURT ORDER AUTHORIZING NEXTERA ENERGY TO INTERVENE IN ADVERSARY PROCEEDING** |

NextEra Energy, Inc. and NextEra Energy Partners, L.P. (together, "NextEra"), hereby submit this *Notice of Entry of Bankruptcy Court Order Authorizing NextEra Energy to Intervene in Adversary Proceeding*, and state as follows:

As noted in NextEra's motion to withdraw the reference (Docket No. 1)[1] of the Adversary Proceeding, on January 30, 2019, NextEra filed a motion to intervene in the Adversary Proceeding (Adv. Docket No. 8) (the "Intervention Motion"). On February 13, 2019, the Bankruptcy Court held a hearing on the Intervention Motion. On February 14, 2019, the Bankruptcy Court entered an order (Adv. Docket No. 82) (the "Intervention Order") granting the Intervention Motion.

The Intervention Order provides, *inter alia*, that "NextEra Energy, Inc. and NextEra Energy Partners, L.P. are permitted to intervene in the above-captioned adversary proceeding as intervenor-defendants." Intervention Order ¶ 2.

A true and correct copy of the Intervention Order is attached hereto as **Exhibit A**.

DATED: February 15, 2019         */s/ Samuel M. Kidder*
                                 Kenneth N. Klee
                                 David M. Stern
                                 Samuel M. Kidder
                                 KLEE, TUCHIN, BOGDANOFF & STERN LLP

                                 -and-

                                 Howard Seife (*pro hac vice* pending)
                                 Christy Rivera (*pro hac vice* pending)
                                 Andrew Rosenblatt (*pro hac vice* pending)
                                 NORTON ROSE FULBRIGHT US LLP

                                 *Attorneys for NextEra Energy, Inc. et al.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

---

[1] References to "Docket No. __" are to the docket in this Court. References to "Adv. Docket No. __" are to the docket in Adversary Proceeding No. 19-03003 (DM) (Bankr. N.D. Cal.) (the "Adversary Proceeding").

2

# EXHIBIT A



**Entered on Docket
February 14, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 14, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Kenneth N. Klee (State Bar No. 63372)
   David M. Stern (State Bar No. 67697)
2  Samuel M. Kidder (State Bar No. 284015)
   KLEE, TUCHIN, BOGDANOFF & STERN LLP
3  1999 Avenue of the Stars, Thirty-Ninth Floor
   Los Angeles, California 90067
4  Telephone:    310-407-4000
   Facsimile:    310-407-9090
5  Email:        kklee@ktbslaw.com
                 dstern@ktbslaw.com
6                skidder@ktbslaw.com

7  Howard Seife (*pro hac vice* pending)
   Christy Rivera (*pro hac vice* pending)
8  Andrew Rosenblatt (*pro hac vice* pending)
   NORTON ROSE FULBRIGHT US LLP
9  1301 Avenue of the Americas
   New York, New York 10019
10 Telephone:    212-408-5100
   Facsimile:    212-541-5369
11 Email: howard.seife@nortonrosefulbright.com
   christy.rivera@nortonrosefulbright.com
12 andrew.rosenblatt@nortonrosefulbright.com

13 *Attorneys for NextEra Energy, Inc. et al.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors. | Adversary Proceeding No. 19-03003-DM<br><br>Chapter 11 Case No.    19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>                    Defendant. | **ORDER GRANTING NEXTERA ENERGY'S MOTION TO INTERVENE IN ADVERSARY PROCEEDING** |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

The Court having considered *NextEra Energy's Motion to Intervene in Adversary Proceeding* [Adv. Docket No. 8] (the "Motion"), the opposition to the Motion filed by the above-captioned debtors and debtors in possession [Adv. Docket No. 72], and the arguments of counsel at the hearing on the Motion held on February 13, 2019, and for the reasons set forth by the Court at the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. NextEra Energy, Inc. and NextEra Energy Partners, L.P. are permitted to intervene in the above-captioned adversary proceeding as intervenor-defendants.

APPROVED AS TO FORM

DATED: February 14, 2019

By: */s/ Danielle A. Pham*
Matthew Troy
Marc S. Sacks
Danielle A. Pham
U.S. DEPARTMENT OF JUSTICE

*Attorneys for Federal Energy Regulatory Commission*

By: */s/ Peter J. Benvenutti*
Stephen Karotkin
Jessica Liou
Theodore Tsekerides
Matthew Goren
WEIL GOTSHAL & MANGES LLP

-and-

Tobias S. Keller
Peter J. Benvenutti
Jane Kim
KELLER & BENVENUTTI LLP

*Proposed Attorneys for the Debtors*

***END OF ORDER***

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

On February 15, 2019, I caused to be served the following document in the manner stated below:

- **NOTICE OF ENTRY OF BANKRUPTCY COURT ORDER AUTHORIZING NEXTERA ENERGY TO INTERVENE IN ADVERSARY PROCEEDING**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 15, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 15, 2019 at Los Angeles, California.

*/s/ Shanda D. Pearson*
Shanda D. Pearson

**NEF/ECF LIST:**

- Peter J. Benvenutti: pbenvenutti@kellerbenvenutti.com
- Navtej Singh Dhillon: Navi.Dhillon@bakerbotts.com, ken.hartley@bakerbotts.com, ECFNotices@bakerbotts.com, navi-dhillon-0358@ecf.pacerpro.com
- Michael Phillip Esser: michael.esser@kirkland.com, rosie.tejada@kirkland.com
- Richard W. Esterkin: richard.esterkin@morganlewis.com, victoria.rader@morganlewis.com, sue.reimers@morganlewis.com
- Samuel Morgan Kidder: skidder@ktbslaw.com
- Kenneth Nathan Klee: kklee@ktbslaw.com
- Mark Edward McKane: mmckane@kirkland.com, rtejada@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com, sarah.farley@kirkland.com
- Gabriel Ozel: gozel@houser-law.com, tkrogle@houser-alw.com
- Danielle Ann Pham: danielle.pham@usdoj.gov
- Amy Christine Quartarolo: amy.quartarolo@lw.com, amy-quartarolo 2972@ecf.pacerpro.com
- David Marc Stern: dstern@ktbslaw.com

**SERVED VIA OVERNIGHT DELIVERY:**

Hon. Haywood S. Gilliam, Jr.
United States District Court, Oakland Division
1301 Clay Street, Suite 400 S
Oakland, CA 94612

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000