TROUTMAN SANDERS LLP
Gabriel Ozel, Bar No. 269098
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile:  858-509-6040
gabriel.ozel@troutman.com

TROUTMAN SANDERS LLP
Hugh M. McDonald (pro hac vice *forthcoming*)
Jonathan D. Forstot (pro hac vice *forthcoming*)
875 Third Avenue
New York, NY  10022
Telephone:   212.704.6000
Facsimile:    212.704.6288
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

Attorneys for
CONSOLIDATED EDISON
DEVELOPMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                        Debtors. | USDC ND CA Case No. 19-cv-00599-HSG<br><br>Adversary Proceeding No. 19-03003-DM<br><br>Chapter 11 Case No.    19-30088 (DM) & 19-30089<br><br>Chapter 11 |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                        Plaintiffs,<br><br>    vs.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>                        Defendant. | **NOTICE OF ENTRY OF BANKRUPTCY COURT ORDER AUTHORIZING CONSOLIDATED EDISON DEVELOPMENT, INC. TO INTERVENE IN ADVERSARY PROCEEDING** |

37918273v1

1  Consolidated Edison Development, Inc. ("CED") hereby submits this *Notice of Entry of*
2  *Bankruptcy Court Order Authorizing Consolidated Edison Development, Inc. to Intervene in*
3  *Adversary Proceeding*, and states as follows:
4  On January 31, 2019, CED filed a motion to intervene in the Adversary Proceeding (Adv.
5  Docket No. 15) (the "Intervention Motion"). On February 13, 2019, the Bankruptcy Court held a
6  hearing on the Intervention Motion. On February 14, 2019, the Bankruptcy Court entered an order
7  (Adv. Docket No. 83) (the "Intervention Order") granting the Intervention Motion.
8  The Intervention Order provides, inter alia, that CED is permitted to intervene in the
9  above-captioned adversary proceeding as intervenor-defendant. Intervention Order ¶ 2.
10  A true and correct copy of the Intervention Order is attached hereto as Exhibit A.

Dated: February 15, 2019                    TROUTMAN SANDERS LLP

                                            By: */s/ Gabriel Ozel*
                                                Gabriel Ozel

                                            Gabriel Ozel, Bar No. 269098
                                            11682 El Camino Real, Suite 400
                                            San Diego, CA 92130-2092
                                            Telephone:  858-509-6000
                                            Facsimile:   858-509-6040
                                            gabriel.ozel@troutman.com

                                            Hugh M. McDonald (pro hac vice *forthcoming*)
                                            Jonathan D. Forstot (pro hac vice *forthcoming*)
                                            875 Third Avenue
                                            New York, NY  10022
                                            Telephone:212.704.6000
                                            Facsimile: 212.704.6288
                                            hugh.mcdonald@troutman.com
                                            jonathan.forstot@troutman.com

                                            Attorneys for
                                            CONSOLIDATED EDISON
                                            DEVELOPMENT, INC.

37918273v1

# Exhibit A

Entered on Docket
February 14, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 14, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  TROUTMAN SANDERS LLP
   Gabriel Ozel, Bar No. 269098
2  11682 El Camino Real, Suite 400
   San Diego, CA 92130-2092
3  Telephone: 858-509-6000
   Facsimile: 858-509-6040
4  gabriel.ozel@troutman.com

5

6  TROUTMAN SANDERS LLP
   Hugh M. McDonald
   Jonathan D. Forstot
7  875 Third Avenue
   New York, NY 10022
8  Telephone:   212.704.6000
   Facsimile:   212.704.6288
9  hugh.mcdonald@troutman.com

10 *Attorneys for Consolidated Edison
    Development, Inc.*

11

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Adversary Proceeding No. 19-03003-DM<br><br>Chapter 11 Case No.     19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | **ORDER GRANTING CONSOLIDATED EDISON DEVELOPMENT, INC.'S MOTION TO INTERVENE IN ADVERSARY PROCEEDING** |

The Court having considered *Consolidated Edison Inc.'s Motion to Intervene in Adversary Proceeding* [Adv. Docket No. 15] (the "Motion"), the opposition to the Motion filed by the above-

captioned debtors and debtors in possession [Adv. Docket No. 72], and the arguments of counsel at the hearing on the Motion held on February 13, 2019, and for the reasons set forth by the Court at the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Consolidated Edison Development, Inc. is permitted to intervene in the above-captioned adversary proceeding as intervenor-defendants.

APPROVED AS TO FORM

DATED: February 14, 2019

By: */s/ Danielle A. Pham*
Matthew Troy
Marc S. Sacks
Danielle A. Pham
U.S. DEPARTMENT OF JUSTICE

*Attorneys for Federal Energy Regulatory Commission*

By: */s/ Peter J. Benvenutti*
Stephen Karotkin
Jessica Liou
Theodore Tsekerides
Matthew Goren
WEIL GOTSHAL & MANGES LLP

-and-

Tobias S. Keller
Peter J. Benvenutti
Jane Kim
KELLER & BENVENUTTI LLP

*Proposed Attorneys for the Debtors*

***END OF ORDER***

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

Case: 19-03003    Doc# 83    Filed: 02/14/19    Entered: 02/14/19 17:00:58    Page 2 of 2
37910452v1
2