1  Mark McKane, P.C. (SBN 230552)
   Michael P. Esser (SBN 268634)
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California 94104
   Telephone:    (415) 439-1400
4  mark.mckane@kirkland.com
   michael.esser@kirkland.com
5
6  *Attorneys for Calpine Corporation*[1]

7           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

9  In re:                              USDC ND CA Case No. 19-cv-00599-HSG

10 PG&E CORPORATION                    Adversary Proceeding No. 19-03003-DM

11        - and -                      Chapter 11 Case No. 19-30088 (DM)

12 PACIFIC GAS AND ELECTRIC            Chapter 11
   COMPANY,
13
          Debtors.
14 ─────────────────────────────
   PG&E CORPORATION; PACIFIC GAS       **NOTICE OF ENTRY OF BANKRUPTCY**
15 AND ELECTRIC COMPANY,               **COURT ORDER AUTHORIZING**
                                       **CALPINE CORPORATION, ET AL. TO**
16        Plaintiffs,                  **INTERVENE IN ADVERSARY**
                                       **PROCEEDING**
17     vs.

18 FEDERAL ENERGY REGULATORY
   COMMISSION,
19
          Defendant.
20

(left margin vertical text) KIRKLAND & ELLIS LLP / 555 California Street / San Francisco, California 94104 / Telephone:    (415) 439-1400

[1] Pursuant to Rule 3-4 of the *Local Rules for the United States District Court for the Northern District of California*, reference is made to the signature page appended hereto for the full list of parties filing this notice.

Calpine Corporation; Clearway Energy, Inc. and Clearway Energy Group LLC; Crockett Cogeneration; Diablo Winds, LLC; EDF Renewables, Inc.; Exelon Corporation and AV Solar Ranch 1, LLC; MC Shiloh IV, LLC; Middle River Power, LLC and MRP San Joaquin Energy, LLC; NRG Energy, Inc.; Southern Power Company; Topaz Solar Farms LLC; and TerraForm Power, Inc., hereby submit this *Notice of Entry of Bankruptcy Court Order Authorizing Calpine Corporation, et al. to Intervene in Adversary Proceeding,* and state as follows:

As noted in the *Joint Motion to Withdraw Reference* (Adv. Docket No. 36) in the above-captioned adversary proceeding, on February 4, 2019, Calpine Corporation, et al. filed a motion to intervene in the Adversary Proceeding (Adv. Docket No. 32) (the "Intervention Motion"). On February 13, 2019, the Bankruptcy Court held a hearing on the Intervention Motion. On February 14, 2019, the Bankruptcy Court entered an order (Adv. Docket No. 85) (the "Intervention Order") granting the Intervention Motion.

The Intervention Order provides, *inter alia,* that the movants "are permitted to intervene in the above-captioned adversary proceeding as intervenor-defendants." Intervention Order ¶ 2.

A true and correct copy of the Intervention Order is attached hereto as **Exhibit A**.

DATED: February 19, 2019

By: */s/ Mark McKane, P.C.*
Mark McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP

*Attorneys for Calpine Corporation*

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400

2

1

2          -and-

3                          Risa Lynn Wolf-Smith
                           HOLLAND & HART LLP
4                          555 17th Street, Suite 3200
                           Denver, CO 80202
5                          Telephone:     (303) 295-8011
6                          RWolf@hollandhart.com

7                          *Attorney for Diablo Winds, LLC*

8          -and-

9                          Richard W. Esterkin (SBN 70769)
                           MORGAN, LEWIS & BOCKIUS LLP
10                         300 South Grand Avenue, Floor 22
                           Los Angeles, CA  90071-3132
11                         Telephone: (213) 612-2500
12                         richard.esterkin@morganlewis.com
                           -and-
13                         Edwin E. Smith
14                         MORGAN, LEWIS & BOCKIUS LLP
                           One Federal Street
15                         Boston, MA 02110-1726
                           Telephone:     (617) 951-8615
16                         edwin.smith@morganlewis.com

17

18                         *Attorneys for Exelon Corporation and AV Solar Ranch 1, LLC*

19         -and-

20                         Jeffrey C. Krause
                           Michael A. Rosenthal
21                         Alan Moskowitz
                           GIBSON, DUNN & CRUTCHER LLP
22                         333 South Grand Avenue
                           Los Angeles, CA 90071-3197 USA
23                         Telephone:     (213) 229-7000
24                         jkrause@gibsondunn.com
                           mrosenthal@gibsondunn.com
25                         a.moskowitz@gibsondunn.com

26

27                         *Attorneys for Topaz Solar Farms LLC*
           -and-
28

1   Gabriel Ozel (SBN 269098)
2   TROUTMAN SANDERS LLP
    11682 El Camino Real
3   Suite 400
    San Diego, CA  92130-2092
4   Telephone:     (858) 509-6000
5   Gabriel.ozel@troutman.com
     -and-
6   Harris B. Winsberg (*pro hac vic*e pending)
7   Matthew G. Roberts (*pro hac vice* pending)
8   TROUTMAN SANDERS LLP
    Bank of America Plaza
9   600 Peachtree Street NE
    Suite 3000
10  Atlanta, GA 30308-2216
11  Telephone:     (404) 885.3000
    Matthew.Roberts2@troutman.com
12  harris.winsberg@troutman.com

13

14  *Attorneys for Southern Power Company, on behalf of itself and certain of its affiliates*

15         -and-

16  Joshua Pearson
    VP Legal and Associate General Counsel
17  EDF RENEWABLES, INC.
18  15445 Innovation Dr.
    San Diego, California 92128
19  Telephone:     (612) 486 4508
20  Joshua.Pearson@edf-re.com

21  *Attorney for EDF Renewables, Inc.*

22         -and-

23  C. Luckey McDowell (*pro hac vice forthcoming*)
    Ian E. Roberts (*pro hac vice forthcoming*)
24  Kevin Chiu (*pro hac vice forthcoming*)
    BAKER BOTTS L.L.P.
25  2001 Ross Avenue, Suite 1000
    Dallas, Texas 75201
26  Telephone:     (214) 953-6500
27  luckey.mcdowell@bakerbotts.com
    ian.roberts@bakerbotts.com
28

2

1    kevin.chiu@bakerbotts.com
2    - and -
     Navi S. Dhillon (CA Bar No. 279537)
3    BAKER BOTTS L.L.P.
     101 California Street, Suite 3600
4    San Francisco, California 94111
5    Telephone:     (415) 291-6200
     navi.dhillon@bakerbotts.com
6

7    *Attorneys for Clearway Energy, Inc., Clearway Energy Group LLC,*
     *NRG Energy, Inc., TerraForm Power, Inc., and MC Shiloh IV, LLC*
8
          -and-
9    Christopher Harris (SBN 187472)
     Andrew M. Parlen (SBN 230429)
10   LATHAM & WATKINS LLP
11   885 Third Avenue
     New York, New York 10022-4834
12   Telephone:     (212) 906-1200
     chistopher.harris@lw.com
13   andrew.parlen@lw.com
14   -and-
15   Amy C. Quartarolo (SBN 222144)
     LATHAM & WATKINS LLP
16   355 S. Grand Avenue, Suite 100
17   Los Angeles, California 90071-1560
     Telephone:     (213) 485-1234
18   amy.quartarolo@lw.com
19
     *Attorneys for Crockett Cogeneration, Middle River Power, LLC, and*
20   *MRP San Joaquin Energy, LLC*
21
22
23
24
25
26
27
28

                                    3

**<u>Exhibit A</u>**

Entered on Docket
February 14, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1   Mark McKane, P.C. (SBN 230552)
    Michael P. Esser (SBN 268634)
2   KIRKLAND & ELLIS LLP
    555 California Street
3   San Francisco, California 94104
    Telephone:    (415) 439-1400
4   mark.mckane@kirkland.com
    michael.esser@kirkland.com
5   -and-
    David R. Seligman, P.C.
6   KIRKLAND & ELLIS LLP
    300 North LaSalle Street
7   Chicago, Illinois 60654
    Telephone:    (312) 862-2000
8   david.seligman@kirkland.com

9   *Attorneys for Calpine Corporation*

Signed and Filed: February 14, 2019

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

10                UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

12   In re:                                    Adversary Proceeding No. 19-03003-DM

     PG&E CORPORATION
13                                             Chapter 11 Case No.    19-30088 (DM)
          - and -
14                                             Chapter 11

15   PACIFIC GAS AND ELECTRIC                  (Lead Case)
     COMPANY,
16                                             (Jointly Administered)
               Debtors.
17
     PG&E CORPORATION; PACIFIC GAS             **ORDER GRANTING MOVANTS'**
18   AND ELECTRIC COMPANY,                     **MOTION TO INTERVENE IN**
                                               **ADVERSARY PROCEEDING**
19             Plaintiffs,

20        vs.

21   FEDERAL ENERGY REGULATORY
     COMMISSION,
22
               Defendant.
23

24        The Court having considered the *Motion to Intervene in Adversary Proceeding* filed by

25   Calpine Corporation; Clearway Energy, Inc. and Clearway Energy Group LLC; Crockett

26   Cogeneration; Diablo Winds, LLC; EDF Renewables, Inc.; Exelon Corporation and AV Solar

27   Ranch 1, LLC; MC Shiloh IV, LLC; Middle River Power, LLC and MRP San Joaquin Energy, LLC;

28

1  NRG Energy, Inc.; Southern Power Company; Topaz Solar Farms LLC; and TerraForm Power, Inc.

2  (collectively, the "Movants") [Adv. Docket No. 32] (the "Motion"), the opposition to the Motion

3  filed by the above-captioned debtors and debtors in possession [Adv. Docket No. 72], and the

4  arguments of counsel at the hearing on the Motion held on February 13, 2019, and for the reasons

5  set forth by the Court at the hearing,

6  **IT IS HEREBY ORDERED THAT:**

7  1.  The Motion is granted.

8  2.  The Movants are permitted to intervene in the above-captioned adversary proceeding

9  as intervenor-defendants.

10  ***END OF ORDER***

11

12  APPROVED AS TO FORM

13  DATED: February 14, 2019

14

15  By: */s/ Danielle A. Pham*                    By: */s/ Peter J. Benvenutti*

16  Matthew Troy                                       Stephen Karotkin
   Marc S. Sacks                                       Jessica Liou

17  Danielle A. Pham                                  Theodore Tsekerides
   U.S. DEPARTMENT OF JUSTICE              Matthew Goren

18                                                            WEIL GOTSHAL & MANGES LLP
   *Attorneys for Federal Energy Regulatory*

19  *Commission*                                        -and-

20                                                            Tobias S. Keller
                                                              Peter J. Benvenutti

21                                                            Jane Kim
                                                              KELLER & BENVENUTTI LLP

22
                                                              *Proposed Attorneys for the Debtors*
23

24

25

26

27

28

STATE OF NEW YORK     )
                          )
COUNTY OF NEW YORK   )

       I, Robert Orren, am employed by Kirkland & Ellis LLP in the city and county of New York, state of New York.  I am over the age of 18 and not a party to the within action.  My business address is 601 Lexington Avenue, New York, New York 10022.

       On February 19, 2019, the parties listed on the Electronic Mail Notice List in the above-captioned District Court proceeding, attached hereto, received Notice of Electronic Filing of the following document:

- Notice of Entry of Bankruptcy Court Order Authorizing Calpine Corporation, et al., to Intervene in Adversary Proceeding.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 19th day of February 2019, in New York, New York.


                               Robert Orren

# Mailing Information for a Case 4:19-cv-00599-HSG PG&E Corporation et al v. Federal Energy Regulatory Commission

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter J. Benvenutti**
  pbenvenutti@kellerbenvenutti.com

- **Navtej Singh Dhillon**
  Navi.Dhillon@bakerbotts.com,ken.hartley@bakerbotts.com,ECFNotices@bakerbotts.com,navi-dhillon-0358@ecf.pacerpro.com

- **Michael Phillip Esser**
  michael.esser@kirkland.com,rosie.tejada@kirkland.com

- **Richard W. Esterkin**
  richard.esterkin@morganlewis.com,victoria.rader@morganlewis.com,sue.reimers@morganlewis.com

- **Samuel Morgan Kidder**
  skidder@ktbslaw.com

- **Kenneth Nathan Klee**
  kklee@ktbslaw.com

- **Mark Edward McKane**
  mmckane@kirkland.com,rtejada@kirkland.com,adrienne-levin-5018@ecf.pacerpro.com,sarah.farley@kirkland.com

- **Gabriel Ozel**
  gabriel.ozel@troutman.com,marcus.hidalgo@troutman.com

- **Danielle Ann Pham**
  danielle.pham@usdoj.gov

- **Amy Christine Quartarolo**
  amy.quartarolo@lw.com,amy-quartarolo-2972@ecf.pacerpro.com

- **Howard Seife**
  howard.seife@nortonrosefulbright.com

- **David Marc Stern**
  dstern@ktbslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)