Amy S. Park (SBN 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
amy.park@skadden.com

J. Eric Ivester (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile:      (212) 735-2000
eric.ivester@skadden.com

Attorneys for
FIRST SOLAR, INC.,
WILLOW SPRINGS SOLAR 3 LLC,
AND MOJAVE SOLAR, LLC[1]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　　　　　Defendant. | Case No: 19cv00599-HSG<br><br>**JOINDER OF ADDITIONAL PPA COUNTERPARTIES IN MOTION TO WITHDRAW REFERENCE** |

---

[1] Pursuant to Rule 3-4 of the Local Rules for the United States District Court for the Northern District of California, in multiparty motions (such as the instant Joinder), the Court and parties-in-interest shall refer to the signature page appended hereto for the full list of Movants party to the Joinder.

**JOINDER OF ADDITIONAL PPA COUNTERPARTIES IN MOTION TO WITHDRAW REFERENCE**　　　　　　　　　　**CASE NO: 19CV00599-HSG**

**TO THE COURT, TO PLAINTIFFS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY, AND TO DEFENDANT FEDERAL ENERGY REGULATORY COMMISSION:**

Capital Dynamics, Inc., Enel Green Power North America, Inc., First Solar, Inc., FTP Power LLC, KES Kingsburg, L.P., Mojave Solar LLC, Vantage Wind Energy LLC, and Willow Springs Solar 3, LLC (collectively, the "**Additional PPA Counterparties**") hereby join (the "**Joinder**") in the motion of NextEra Energy, Inc. and NextEra Energy Partners, L.P. (collectively, "**NextEra**") and the Memorandum of Points and Authorities filed in support thereof (collectively, the "**NextEra Withdrawal Motion**") to withdraw the reference of adversary proceeding, Case No. 19-03003-DM (the "**Adversary Proceeding**") filed in the Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

Each of the Additional PPA Counterparties have been granted leave to intervene in the Adversary Proceeding[1] and for the reasons set forth in the NextEra Withdrawal Motion, the Additional PPA Counterparties respectfully request that the Court enter an order withdrawing the reference of the Adversary Proceeding and granting such other and further relief as is just and proper under the circumstances.

DATED:  February 26, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  */s/ Amy S. Park*
Amy S. Park
Attorneys for
FIRST SOLAR, INC.
WILLOW SPRINGS SOLAR 3, LLC AND
MOJAVE SOLAR LLC

---

[1] *See In re PG&E Corp. et al., PG&E Corp. et al. v. Fed. Energy Reg. Comm.*, Adv. No. 19-03003 (DM) (Bankr. N.D. Cal.), Adv. Docket Nos. 84, 89, 90, 91, 92, 93, & 94.

STOEL RIVES LLP

By:   */s/ David B. Levant*
David B. Levant
Attorneys for
CAPITAL DYNAMICS, INC. AND
ENEL GREEN POWER NORTH AMERICA INC. AND
FTP POWER LLC

CROWELL & MORING LLP

By:   */s/ Thomas F. Koegel*
Thomas F. Koegel
Rebecca M. Suarez
Attorneys for
VANTAGE WIND ENERGY LLC;
KES KINGSBURG, L.P.

2

**JOINDER OF ADDITIONAL PPA COUNTERPARTIES IN MOTION TO WITHDRAW REFERENCE**                                **CASE NO: 19CV00599-HSG**