Mark McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com
Email: michael.esser@kirkland.com

David R. Seligman (Admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.seligman@kirkland.com

*Attorneys for Intervenor-Defendant Calpine Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiffs,<br>vs.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | USDC NDCA CASE NO. 4:19-cv-00599-HSG<br><br>Adversary Proceeding No. 19-03003<br><br>Chapter 11 Case Nos. 19-30088 & 19-30089<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINT REPLY IN SUPPORT OF MOTION TO WITHDRAW THE REFERENCE**<br><br>Hearing Date: May 16, 2019 at 2:00 p.m. |

The Movants hereby request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable to the above-captioned adversary proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, of the following:

1. Attached hereto as **Exhibit A** is a true and correct copy of the *Request for Rehearing of Pacific Gas & Elec. Co.*, Docket No. EL19-35-000 (FERC Feb. 25, 2019).

2. Attached hereto as **Exhibit B** is a true and correct copy of the *Debtors' Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support*, No. 3:19-ap-3003 (Bankr. N.D. Cal. Jan. 29, 2019) [Adv. Pro. Docket No. 2].

3. Attached hereto as **Exhibit C** is a true and correct copy of the *Debtors' Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief*, No. 3:19-ap-3003 (Bankr. N.D. Cal. Jan. 29, 2019) [Adv. Pro. Docket No. 1].

4. Attached hereto as **Exhibit D** is a true and correct copy of *Ohio Valley Energy Corp. v. FirstEnergy Solutions Corp.*, No. 5:18-MC-00034 (N.D. Ohio. Apr. 13, 2018) [ECF No. 31].

5. Attached hereto as **Exhibit E** is a true and correct copy of the *Memorandum of Law in Support of Pacific Gas & Electric Company's Motion to Withdraw Reference as to Motion of the Debtors for Entry of an Order Authorizing Debtors to Reject Certain Energy Contracts, In re Calpine Corporation, et al.*, Case No. 05-60200 (BRL) (Bankr. S.D.N.Y. Dec. 29, 2005) [ECF No. 169].

Dated: February 26, 2019

/s/ Mark McKane
Mark McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:  415-439-1400
mark.mckane@kirkland.com
michael.esser@kirkland.com
-and-
David R. Seligman, P.C. (Admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  312-862-2000
david.seligman@kirkland.com

*Attorneys for Intervenor-Defendant Calpine Corporation*